# UNITED STATES DISTRICT COURT

for

### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

U.S.A. vs. Christopher A. Fields                                 Docket No. 5:10-MJ-1847-1

### Petition for Action on Probation

COMES NOW Mindy L. Threlkeld, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher A. Fields, who, upon an earlier plea of guilty to , 21 U.S.C. §844(a), Simple Possession of Marijuana, and 18 U.S.C. §13, assimilating N.C.G.S. 20-138.3, Underage Consumption of Alcohol While Driving, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on March 8, 2011, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant committed the offense of Underage Consumption of Alcohol on December 5, 2011, in Cumberland County, North Carolina. The defendant is currently enrolled in our Surprise Urinalysis Program, and since this offense has occurred, will be placed in individual substance abuse counseling. It is recommended that the defendant be verbally reprimanded for this offense and that the alcohol abstinence condition be added to deter future underage drinking.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

Except as herein modified, the judgment shall remain in full force and effect.

Christopher A. Fields
Docket No. 5:10-MJ-1847-1
Petition For Action
Page 2

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Mindy L. Threlkeld<br>Mindy L. Threlkeld<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: December 6, 2011 |

## ORDER OF COURT

Considered and ordered this 7th day of December, 2011, and ordered filed and made a part of the records in the above case.

James E. Gates
United States Magistrate Judge